

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALL BY GRACE HOME HEALTH CARE, INC., | § | No. 08-22-00223-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 353rd Judicial District Court |
| v. | | |
| | § | of Travis County, Texas |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, | § | (TC# D-1-GN-20-004307) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST, 2023.


LISA J. SOTO, Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.